BANQUE FRANCO-AMERICAINE, Respondent, *v.* OSCAR B. BERGSTROM et al., Copartners under the Firm Name of BERGSTROM & COMPANY, Appellants.

*Banque Franco-Americaine* v. *Bergstrom,* 171 App. Div. 870, affirmed. (Argued January 27, 1919; decided February 25, 1919.)

APPEAL from a judgment entered March 17, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which modified an order of the court at a Trial Term setting aside a verdict in favor of defendants and granting a new trial by striking therefrom the provision directing a new trial and directing the entry of final judgment in favor of plaintiff, who sued on two drafts for $10,000, each drawn on the defendants by the Banque Alsacienne de Paris to its own order and accepted by the defendants. The defense pleaded in substance was that the drafts had been accepted and conditionally delivered by defendants; had been diverted in breach of the condition and that the plaintiff had received them with knowledge of the fraud.

*John M. Coleman* and *Oscar B. Bergstrom* for appellants. *Brainard Tolles, Julien T. Davies* and *Martin A. Schenck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Dissenting: CRANE, J.